IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARK SAIKI,

    Petitioner,

v.                                                                  Civ. No. 21-070 KG-JFR

PEOPLE OF NEW MEXICO,

    Respondent.

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Memorandum Opinion and Order filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this case.

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner Mark Saiki's Petition for Writ of Habeas Corpus (Doc. 1) is dismissed as moot.

                                                                                       UNITED STATES DISTRICT JUDGE